IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,                     No. CIV-S-11-1537 CKD P

    vs.

YOLO COUNTY SHERIFF,

    Respondent.                  <u>ORDER</u>

_____/

       On October 6, 2011, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days from this order, petitioner shall file an opposition to the motion for dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 30, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sher1537.46